## BOUNDS, WARDEN *v.* CRAWFORD.

No. 279. Decided October 21, 1968.

*Thomas Wade Bruton,* Attorney General of North Carolina, and *Andrew A. Vanore, Jr.,* for petitioner.

PER CURIAM.

The motion of the respondent for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Witherspoon* v. *Illinois,* 391 U. S. 510, and for consideration of the other constitutional questions raised in the case.

MR. JUSTICE BLACK dissents.

## IN RE HAGOPIAN.

No. 352. Decided October 21, 1968.

PER CURIAM.

The motion for leave to file an amended jurisdictional statement is granted. The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.